1  Joel E. Tasca, Esq.
   Nevada Bar No. 14124
2  Emil S. Kim, Esq.
   Nevada Bar No. 14894
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone: (702) 471-7000
5  Facsimile: (702) 471-7070
   tasca@ballardspahr.com
6  kime@ballardspahr.com

7  *Attorneys for Defendant,
   First Premier Bank*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RICKIE STEVENS;<br><br>            Plaintiff,<br><br>v.<br><br>FIRST PREMIER BANK; and TRANSUNION, LLC;<br><br>            Defendants. | CASE NO. 2:20-cv-1571-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT FIRST PREMIER BANK TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

The response of Defendant First Premier Bank ("First Premier") to Plaintiff Rickie Stevens ("Plaintiff") complaint currently was due October 6, 2020. Counsel for First Premier has only been recently obtained and has had limited time to review Plaintiff's account and investigate into the matter.

First Premier has requested, and Plaintiff has agreed, that First Premier has up to and including November 4, 2020 to respond to Plaintiff's complaint to provide time for First Premier to review Plaintiff's account and continue the parties' discussions about potential resolution.

DMEAST #42600030 v1

This is the second request for an extension, and is made in good faith and not for purposes of delay.

Dated this 22nd day of October, 2020.

| BALLARD SPAHR LLP | HIGBEE & ASSOCIATES |
|---|---|
| By: /s/ Joel E. Tasca<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Emil S. Kim, Esq.<br>Nevada Bar No.14894<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for First Premier Bank* | By: /s/ Matthew Higbee<br>Matthew Higbee, Esq.<br>Nevada Bar No. 11158<br>3110 West Cheyenne Avenue, Suite 200<br>Las Vegas, Nevada 89128<br><br>*Attorneys for Plaintiff Rickie Stevens* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10-22-2020