Joel E. Tasca, Esq.
Nevada Bar No. 14124
Emil S. Kim, Esq.
Nevada Bar No. 14894
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
kime@ballardspahr.com

*Attorneys for Defendant,*
*First Premier Bank*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RICKIE STEVENS;<br><br>                      Plaintiff,<br><br>v.<br><br>FIRST PREMIER BANK; and TRANSUNION, LLC;<br><br>                      Defendants. | CASE NO. 2:20-cv-1571-RFB-VCF<br><br>**ERRATA TO STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT FIRST PREMIER BANK TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Third Request)** |

Plaintiff Rickie Stevens ("Plaintiff") and Defendant First Premier Bank ("First Premier")[1] stipulate and agree that First Premier has up to and including November 18, 2020 to respond to Plaintiff's Complaint (ECF No. 1), to provide additional time to investigate Plaintiff's allegations and for First Premier to prepare a response.

---

[1] By filing this Stipulation, First Premier is not waiving any defense, affirmative or otherwise, it may have in this matter.

DMEAST #42749021 v1

This is the third request for an extension, and is made in good faith and not for purposes of delay.

Dated this 4th day of November, 2020.

| BALLARD SPAHR LLP | HIGBEE & ASSOCIATES |
|---|---|
| By: /s/ Joel E. Tasca<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Emil S. Kim, Esq.<br>Nevada Bar No.14894<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Matthew Higbee<br>Matthew Higbee, Esq.<br>Nevada Bar No. 11158<br>3110 West Cheyenne Avenue, Suite 200<br>Las Vegas, Nevada 89128 |

*Attorneys for First Premier Bank*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11-4-2020

2

DMEAST #42749021 v1