Joel E. Tasca, Esq.
Nevada Bar No. 14124
Emil S. Kim, Esq.
Nevada Bar No. 14894
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
kime@ballardspahr.com

*Attorneys for Defendant,
First Premier Bank*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RICKIE STEVENS;<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>FIRST PREMIER BANK; and TRANSUNION, LLC;<br><br>　　　　　　　Defendants. | CASE NO. 2:20-cv-1571-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT FIRST PREMIER BANK TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Fourth Request)** |

Plaintiff Rickie Stevens ("Plaintiff") and Defendant First Premier Bank ("First Premier")[1] stipulate and agree that First Premier has up to and including December 2, 2020 to respond to Plaintiff's Complaint (ECF No. 1). The parties are exchanging information informally, which could result in the dismissal of First Premier from the case, thus obviating its need to respond to the Complaint. The parties expect to conclude this exchange within the next week, and will know shortly whether First Premier will remain in the case.

[continued on next page.]

---

[1] By filing this Stipulation, First Premier is not waiving any defense, affirmative or otherwise, it may have in this matter.

DMEAST #42875056 v1

This is the fourth request for an extension, and is made in good faith and not for purposes of delay.

Dated this 18th day of November, 2020.

| BALLARD SPAHR LLP | HIGBEE & ASSOCIATES |
|---|---|
| By: /s/ Joel E. Tasca<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Emil S. Kim, Esq.<br>Nevada Bar No.14894<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for First Premier Bank* | By: /s/ Matthew Higbee<br>Matthew Higbee, Esq.<br>Nevada Bar No. 11158<br>3110 West Cheyenne Avenue, Suite 200<br>Las Vegas, Nevada 89128<br><br>LAW OFFICES OF JEFFREY LOHMAN, P.C.<br><br>By: /s/ Jeffrey Lohman<br>Jeffrey Lohman, Esq.<br>(*pro hac vice application*)<br>28533 Old Town Front Street<br>Suite 201<br>Temecula, CA 92590<br><br>*Attorneys for Plaintiff Rickie Stevens* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  11-19-2020

2

DMEAST #42875056 v1