Mathew Higbee, Bar #: 11158,
3110 West Cheyenne Ave, Ste 200
North Las Vegas, NV 89128
T: (714) 617-8300
F: (714) 597-6559
Email: Mhigbee@higbeeassociates.com

Jeffrey Lohman, Bar #032315
*(Pro Hac Vice)*
The Law Office of Jeffrey Lohman, P.C.
28544 Old Town Front St., Ste. 201
Temecula, CA 92590
Tel. (866) 329-9217
Fax (714) 362-0096
E: JeffL@jlohman.com
*Attorneys for Plaintiff, Rickie Stevens*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RICKIE STEVENS,<br>            Plaintiff,<br><br>vs.<br><br>FIRST PREMIER BANK, and TRANSUNION, LLC.,<br>            Defendants. | Case No.: 2:20-cv-01571-RFB-VCF<br><br>**JOINT STIPULATION OF DISMISSAL AS TO FIRST PREMIER BANK** |

Plaintiff, Rickie Stevens ("Plaintiff"), and Defendant, First Premier Bank ("PREMIER"), through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's claims in this action, with prejudice, against First Premier Bank. Parties will bear their own fees and costs.

Please be advised that this Stipulation of Dismissal has no effect as to Plaintiff's claims against Defendant TransUnion, LLC.

| | |
|---|---|
| | Respectfully submitted, |

Dated: March 1, 2021

By: */s/ Jeffrey Lohman*
Jeffrey Lohman, Bar #032315
*(Pro Hac Vice)*
The Law Office of Jeffrey Lohman, P.C.
28544 Old Town Front St., Ste. 201
Temecula, CA 92590
Tel. (866) 329-9217
Fax (714) 362-0096
E: JeffL@jlohman.com
*Attorney for Plaintiff, Rickie Stevens*

By: *Joel E. Tasca*
Joel E. Tasca, Esq.
Nevada Bar No. 14124
Emil S. Kim, Esq.
Nevada Bar No. 14894
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
kime@ballardspahr.com
*Attorneys for Defendant, First Premier Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2021, a true and correct copy of the foregoing Stipulation of Dismissal with Prejudice as to First Premier Bank was filed using the Court's CM/ECF system, which will notify all attorneys of record.

By: */s/ Jeffrey Lohman*
Jeffrey Lohman, Bar #032315
*(Pro Hac Vice)*
The Law Office of Jeffrey Lohman, P.C.
28544 Old Town Front St., Ste. 201
Temecula, CA 92590
Tel. (866) 329-9217
Fax (714) 362-0096
E: JeffL@jlohman.com
*Attorney for Plaintiff, Rickie Stevens*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RICKIE STEVENS,<br><br>        Plaintiff,<br><br>vs.<br><br>FIRST PREMIER BANK, and TRANSUNION, LLC.,<br><br>        Defendants. | Case No.: 2:20-cv-01571-RFB-VCF<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

Plaintiff, Rickie Stevens ("Plaintiff"), and Defendant First Premier Bank, ("Defendant"), having filed a Joint Stipulation of Dismissal and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claim against Defendant are DISMISSED with prejudice with each party to bear their own costs and attorneys' fees. Proceedings will continue as to Co-Defendant TransUnion, LLC.

SO ORDERED.

Dated:  March 1, 2021.

_____
Richard F. Boulware, II
United States District Judge