Mathew Higbee, Bar #: 11158,
3110 West Cheyenne Ave, Ste 200
North Las Vegas, NV 89128
T: (714) 617-8300
F: (714) 597-6559
Email: Mhigbee@higbeeassociates.com

Jeffrey Lohman, Bar #032315
*(Pro Hac Vice)*
The Law Office of Jeffrey Lohman, P.C.
28544 Old Town Front St., Ste. 201
Temecula, CA 92590
Tel. (866) 329-9217
Fax (714) 362-0096
E: JeffL@jlohman.com
*Attorneys for Plaintiff, Rickie Stevens*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RICKIE STEVENS,<br>   Plaintiff,<br><br>vs.<br><br>FIRST PREMIER BANK, and TRANSUNION, LLC.,<br>   Defendants. | Case No.: 2:20-cv-01571-RFB-VCF<br><br>**JOINT STIPULATION OF DISMISSAL AS TO TRANSUNION, LLC** |

   Plaintiff, Rickie Stevens ("Plaintiff"), and Defendant, TransUnion, LLC ("TRANSUNION"), through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's claims in this action, with prejudice, against TransUnion, LLC. Parties will bear their own fees and costs.

                Respectfully submitted,

Dated: July 2, 2021

                By: */s/ Jeffrey Lohman*
                Jeffrey Lohman, Bar #032315

| | |
|---|---|
| 1 | *(Pro Hac Vice)* |
| 2 | The Law Office of Jeffrey Lohman, P.C. |
| | 28544 Old Town Front St., Ste. 201 |
| 3 | Temecula, CA 92590 |
| | Tel. (866) 329-9217 |
| 4 | Fax (714) 362-0096 |
| 5 | E: JeffL@jlohman.com |
| | *Attorney for Plaintiff* |

By: */s/Jennifer Bergh*
Jennifer Bergh
Nevada Bar No. 14480
jbergh@qslwm.com
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 560-5460
(214) 871-2111 Fax
*Attorneys for Defendant, TransUnion, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2021, a true and correct copy of the foregoing Stipulation of Dismissal with Prejudice as to TransUnion, LLC was filed using the Court's CM/ECF system, which will notify all attorneys of record.

By: */s/ Jeffrey Lohman*
Jeffrey Lohman, Bar #032315
*(Pro Hac Vice)*
The Law Office of Jeffrey Lohman, P.C.
28544 Old Town Front St., Ste. 201
Temecula, CA 92590
Tel. (866) 329-9217
Fax (714) 362-0096
E: JeffL@jlohman.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

RICKIE STEVENS,

Plaintiff,

vs.

FIRST PREMIER BANK, and TRANSUNION, LLC.,

Defendants.

Case No.: 2:20-cv-01571-RFB-VCF

**[PROPOSED] ORDER OF DISMISSAL**

Plaintiff, Rickie Stevens ("Plaintiff"), and Defendant TransUnion, LLC, ("Defendant"), having filed a Joint Stipulation of Dismissal and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claim against Defendant are DISMISSED with prejudice with each party to bear their own costs and attorneys' fees.

SO ORDERED.

Dated: July 6, 2021

_____
Richard F. Boulware, II
United States District Judge